JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JESUS CAMACHO PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-08-420 EJG |
| Plaintiff, | ) ) ) | ORDER CONTINUING SENTENCING |
| v. | ) ) | Date: July 17, 2009 Time: 10:00 a.m. |
| JESUS CAMACHO PADILLA, | ) ) | Judge: Hon. Edward J. Garcia |
| Defendant. | ) ) ) ) ) | |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for July 17, 2009. In order to give counsel additional time to provide materials to the probation officer, it is hereby requested that the date for judgment and sentencing be continued to September 11, 2009 at 10:00am.

2. The parties and United States Probation hereby requests that the court adopt the following schedule pertaining to the presentence report:

Presentence report filed with Court
and disclosed to counsel:                       July 31, 2009

Counsel's written objections
to presentence report due:                      August 14, 2009

Proposed presentence report
disclosed to counsel:                           August 21, 2009

Dated: June 4, 2009  /s/ John R. Manning
JOHN R. MANNING
Attorney for defendant
Jesus Camacho Padilla

Dated: June 4, 2009  /s/ Mary L. Grad
MARY L. GRAD
Assistant United States Attorney

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendant Jesus Camacho Padilla be continued from July 17, 2009 to September 11, 2009. The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

DATED: June 4, 2009  /s/ Edward J. Garcia
U. S. DISTRICT JUDGE