JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JESUS PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS PADILLA,<br><br>Defendant. | ) CR NO. S-08-420 EJG<br>)<br>)<br>) ORDER CONTINUING SENTENCING<br>)<br>) Date:  September 11, 2009<br>) Time:  10:00 a.m.<br>) Judge:  Hon. Edward J. Garcia<br>)<br>)<br>)<br>)<br>)<br>) |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for September 11, 2009.

    Counsel for defendant Jesus Padilla was in trial for two weeks and requests more time

    to adequately respond to the probation report, it is hereby requested that the date for

    judgment and sentencing be continued to September 25, 2009 at 10:00am.

2. The parties and United States Probation hereby requests that the court adopt the

    following schedule pertaining to the presentence report:

    Presentence report filed with Court
    and disclosed to counsel:                            July 30, 2009

    Counsel's written objections
    to presentence report due:                           August 14, 2009

    Proposed presentence report
    disclosed to counsel:                                August 21, 2009

Dated:  September 3, 2009                /s/ John R. Manning
                                         JOHN R. MANNING
                                         Attorney for defendant
                                         Alfonso Corrales

Dated:  September 3, 2009                /s/ Mary L. Grad
                                         MARY L. GRAD
                                         Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendant Jesus Padilla be continued from September 11, 2009 to September 25, 2009.  The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

DATED:  Sept. 4 , 2009                   /s/ Edward J. Garcia
                                         U. S. DISTRICT JUDGE